THE CHANCELLOR OF THE STATE OF NEW JERSEY v. THE CITY OF ELIZABETH ET AL.

| 65 | 483|
|a66 | 688|

Argued June 5, 1900—Decided November 12, 1900.

The act concerning assessments, approved April 1st, 1898 (*Pamph. L., p.* 203), is constitutional, so far at least as it provides for the levying of assessments for benefits accruing to land from local improvements and the creation of liens therefor, and is applicable to lands the title of which is vested in the Chancellor of the state in trust for the benefit of A during her life, and after her death for the benefit of persons who cannot be ascertained until she dies.

On *certiorari* to review an assessment for benefit by the paving of Prince street.

Before Justices DIXON, GARRISON and COLLINS.

For the prosecutor, *Sherrerd Depue.*

For the defendants, *James C. Connolly.*

The opinion of the court was delivered by

DIXON, J. The *certiorari* in this case brings up for review an assessment levied by the city of Elizabeth for the special benefit conferred by the paving of Prince street in said city, upon a part of the lands which are involved in the case between these same litigants decided at the present term.

The assessment was levied in pursuance of an act of the legislature concerning such assessments, approved April 1st, 1898 (*Pamph. L., p.* 203), the provisions of which run parallel, *mutatis mutandis,* with the provisions of the Tax act considered in the other case mentioned.

The reasons assigned by the prosecutor for setting aside this assessment are the same as those assigned for setting aside the tax levied under that Tax act, and according to the views of the court expressed in the other case those reasons are unsound.

Consequently this assessment should be confirmed, without costs.